IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01709-WYD-KLM

SHANE McMILLAN,

    Plaintiff ,

v.

WILEY,
FOX,
JONES,
JAVERNICK,
COLLINS,
FENLON,
MADISON,
NALLEY,
WATTS,
LAPPIN, and
DAVIS

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 11 2010

GREGORY C. LANGHAM
                   CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on its own motion. After careful review and consideration, it now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 11th day of February, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01709-WYD-KLM

Shane McMillan
Reg. No. 07580-091
ADX – Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Warden Wiley, Associate Warden Fox,
Associate Warden Jones, Unit Manager Javernick, Unit Manager Collins,
Case Manager Fenlon, Counselor Madison, and Warden Davis

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

Harley G. Lappin, Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Harrell Watts, Administrator – **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

Michael K. Nalley, Regional Director – **CERTIFIED**
North Central Regional Office
Gateway Complex Tower II
400 State Avenue
Kansas City, KS 66101

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Warden Wiley, Associate Warden Fox, Associate Warden Jones, Unit Manager Javernick, Unit Manager Collins, Case Manager Fenlon, Counselor Madison, and Warden Davis; to Michael Nalley, Regional Director; to Harrell Watts, Administrator FBOP; to Harley G. Lappin, Director FBOP; to United States Attorney General; and to the United States Attorney's Office:  AMENDED COMPLAINT FILED 2/08/10, ORDER FILED 2/09/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/11/10.

                                    GREGORY C. LANGHAM, CLERK

                    By:_____
                                  Deputy Clerk