IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01709-WYD-KLM

SHANE MCMILLAN

    Plaintiff,

v.

WILEY,
FOX,
JONES,
JAVERNICK,
COLLINS,
FENLON,
MADISON,
NALLEY,
WATTS,
LAPPIN, and,
DAVIS,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Partially Opposed Motion to Amend Scheduling Order** [Docket No. 60; Filed January 20, 2011] (the "Motion"). As a preliminary matter, the Motion, which was submitted by counsel, does not contain the correct case number or case caption. Counsel shall use the case caption set forth above on all future pleadings.

    Pursuant to the Motion, Plaintiff seeks a two-month extension of the discovery and dispositive motions deadline and an increase in the number of interrogatories that Plaintiff can propound from fifteen to twenty-five. Defendants do not oppose Plaintiff's request for additional discovery, but do oppose his request for case deadline extensions. Nevertheless, I find that Plaintiff has provided good cause for an extension. Under the circumstances, I need not wait for Defendants to respond. *See* D.C.COLO.LCivR 7.1C. Accordingly,

    IT IS HEREBY **ORDERED** that the Scheduling Order entered on August 19, 2010 [Docket No. 55] is amended as follows:

- Discovery Cut-Off **April 29, 2011**
- Dispositive Motions Deadline **May 31, 2011**

IT IS FURTHER **ORDERED** that the each side is permitted to propound a total of twenty-five interrogatories.

Dated:  January 21, 2011