IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-01709-WYD-KLM

SHANE McMILLAN,

    Plaintiff ,

v.

WILEY,
FOX,
JONES,
JAVERNICK,
COLLINS,
FENLON,
MADISON,
NALLEY,
WATTS,
LAPPIN, and
DAVIS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion for Leave to File Motion for Judgment on the Pleadings in Excess of Fifteen Pages (ECF No. 63) is **GRANTED.** However, the motion shall not exceed 25 pages.

    Dated:  February 23, 2011.