IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01709-WYD-KLM

SHANE MCMILLAN

     Plaintiff,

v.

WILEY,
FOX,
JONES,
JAVERNICK,
COLLINS,
FENLON,
MADISON,
NALLEY,
WATTS,
LAPPIN, and,
DAVIS,

     Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on **Plaintiff's Motion for Leave to File Amended Complaint** [Docket No. 83; Filed April 8, 2011] (the "Motion").  In order to consider the merits of the Motion, the Court requires that a proposed amended pleading be attached to the Motion.  None has been attached here.  Moreover, at the time of the Motion's filing, Defendants' position was unknown.

     IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  Plaintiff may re-assert the Motion with an attached proposed amended pleading.  Any future Motion of this nature shall contain a supplemental certificate of conferral pursuant to D.C.COLO.LCivR 7.1A. indicating whether, after conferral, Plaintiff has obtained Defendants' position and noting such position.

     Dated:  April 11, 2011